1 | HEATHER E. WILLIAMS, Bar #122664
Federal Defender
2 | ERIC V. KERSTEN, CA Bar #226429
Assistant Federal Defender
3 | Designated Counsel for Service
2300 Tulare Street, Suite 330
4 | Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
HECTOR MADRIZ TORRES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00126 DAD |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING, ORDER THEREON** |
| vs. | Date:  August 24, 2020 |
| HECTOR MADRIZ TORRES, | Time:  10:00 a.m. |
| Defendant. | Judge: Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel that the sentencing hearing scheduled for July 20, 2020 may be may be continued to August 24, 2020, at 9:00 a.m., or the soonest time thereafter convenient to the court.

Mr. Torres is housed at the Fresno County Jail, North Jail Annex. Due to an outbreak of COVID-19, the entire North Jail has been placed on lockdown, and defense counsel is currently unable to schedule a confidential telephone or zoom call with Mr. Torres. This continuance is requested to allow time for defense to communicate confidentially with Mr. Torres, and conduct additional investigation necessary for effective sentencing preparation.

///

///

///

The parties agree that the delay resulting from this request shall be excluded in the interest of justice, and for effective defense investigation and preparation, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

                                                    McGREGOR W. SCOTT
                                                    United States Attorney

DATED: July 14, 2020                       By     */s/ Vincenza Rabenn*
                                                                      VINCENZA RABENN
                                                                          Assistant United States Attorney
                                                                          Attorneys for Plaintiff

                                                                          HEATHER E. WILLIAMS
                                                                          Federal Defender

DATED: July 14, 2020                       By     */s/ Eric V. Kersten*
                                                                        ERIC V. KERSTEN
                                                                          Assistant Federal Defender
                                                                          Attorneys for Defendant
                                                                          HECTOR MADRIZ TORRES

**ORDER**

The sentencing hearing scheduled for July 20, 2020 is continued to August 24, 2020 at 10:00 a.m. in Courtroom 5.

IT IS SO ORDERED.

Dated:   **July 14, 2020**                                                        *Dale A. Drozd*
                                                                    UNITED STATES DISTRICT JUDGE