1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  ERIC V. KERSTEN, CA Bar #226429
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorneys for Defendant
6  HECTOR MADRIZ TORRES

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | Case No. 1:18-cr-00126 DAD
12 |              Plaintiff,          | **STIPULATION TO CONTINUE SENTENCING, ORDER THEREON**
13 | vs.                              |
   |                                  | Date:  September 29, 2020
14 | HECTOR MADRIZ TORRES,            | Time:  9:00 a.m.
   |                                  | Judge: Hon. Dale A. Drozd
15 |              Defendant.          |

16

17

18         **IT IS HEREBY STIPULATED** by and between the parties through their respective

19  counsel that the sentencing hearing scheduled for August 25, 2020 may be may be continued to

20  September 29, 2020, or another date convenient to the court.

21         Mr. Torres is housed at the Fresno County Jail. He recently tested positive for

22  coronavirus and was placed in quarantine. While Torres was in quarantine defense counsel was

23  unable to schedule a confidential telephone or zoom call with Mr. Torres. This continuance is

24  requested to allow time for defense to communicate confidentially with Mr. Torres, and conduct

25  additional investigation based on the contents of the call. Counsel believes this is necessary for

26  effective sentencing preparation.

27  ///

28  ///

1   The parties agree that the delay resulting from this request shall be excluded in the
2   interest of justice, and for effective defense investigation and preparation, pursuant to 18
3   U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

McGREGOR W. SCOTT
United States Attorney

DATED:  August 18, 2020          By      */s/ Vincenza Rabenn*
                                         VINCENZA RABENN
                                         Assistant United States Attorney
                                         Attorneys for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED:  August 18, 2020          By      */s/ Eric V. Kersten*
                                         ERIC V. KERSTEN
                                         Assistant Federal Defender
                                         Attorneys for Defendant
                                         HECTOR MADRIZ TORRES

**ORDER**

**IT IS SO ORDERED**. For the reasons set forth above sentencing is continued to September 29, 2020 at 09:00 AM.

IT IS SO ORDERED.

Dated:  **August 19, 2020**

UNITED STATES DISTRICT JUDGE

Torres : Stipulation to Continue Sentencing          -2-