HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, CA Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
HECTOR MADRIZ TORRES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HECTOR MADRIZ TORRES,<br><br>Defendant. | Case No. 1:18-cr-00126 DAD<br><br>**STIPULATION TO CONTINUE SENTENCING, ORDER THEREON**<br><br>Date: November 2, 2020<br>Time: 10:00 a.m.<br>Judge: Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel that the sentencing hearing scheduled for September 29, 2020 may be may be continued to November 2, 2020, or another date convenient to the court.

Mr. Torres is housed at the Fresno County Jail. A confidential video conference with Mr. Torres was scheduled for September 22, 2020; however, counsel has been advised that Mr. Torres is in medical isolation and, as a result, Mr. Torres is not presently available for confidential communications via video or telephone. This continuance is requested to allow time for defense to communicate confidentially with Mr. Torres, and conduct additional investigation based on the contents of the call. Counsel believes this is necessary for effective sentencing preparation.

///

The parties agree that the delay resulting from this request shall be excluded in the interest of justice, and for effective defense investigation and preparation, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

McGREGOR W. SCOTT
United States Attorney

DATED: September 22, 2020   By   */s/ Vincenza Rabenn*
VINCENZA RABENN
Assistant United States Attorney
Attorneys for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: September 22, 2020   By   */s/ Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Attorneys for Defendant
HECTOR MADRIZ TORRES

## ORDER

**IT IS SO ORDERED**. For the reasons set forth above sentencing is continued to November 2, 2020.

IT IS SO ORDERED.

Dated:  **September 22, 2020**                    _____
UNITED STATES DISTRICT JUDGE